JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____  Pg 9

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/10/14 | RTC-18 | PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED ON 92/10/07 FROM Occupational Safety and Health Administration (OSHA) w/cert. of svc. |
| 93/02/19 | RTC-19 | PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION RECEIVED FROM National Labor Relations Board order involving two appeals pending in two circuits as follows: one in the Second Circuit and one in the Fourth Circuit -- appealing agency order re: Beverly Enterprises, etc., 310 NLRB No. 37, Board Case No. 6-CA-19444, issued on January 29, 1993. |
| 93/02/19 | RTC-19 | CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD consolidating two appeals that were pending in two circuits in the Court of Appeals for the Second Circuit. Random Selector Regina N. Hale, and Witness Rose E. Washington Notified National Labor Relations Board and clerks in involved circuits. |
| 93/02/25 | RTC-19 | PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED ON 93/02/19 FROM National Labor Relations Board w/cert. of svc. |